# In the United States Court of Federal Claims

No. 05-1156C
Filed: January 25, 2006

***********************************
*
WINDTRYST, LIMITED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's Unopposed Motion for an Enlargement of Time and the parties' Joint Motion For A Stay of Proceedings are **GRANTED**, in part. This case is stayed until July 24, 2006, or 14 days after the resolution of ADR proceedings in the related cases pending before Judge Marian Horn, whichever occurs first. Defendant's Answer is due 60 days thereafter.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
SUSAN G. BRADEN
Judge